## 27145. LOCKABY v. THE STATE.

MacINTYRE, J. The bill of exceptions and the transcript of the record show that the motion for new trial was overruled on May 4, 1938; and the bill of exceptions recites that it was presented to the judge on June 2, 1938. The bill of exceptions not having been presented within twenty days from the judgment complained of, this court is without jurisdiction to entertain the case, and the writ of error must be

*Dismissed. Broyles, C. J., and Guerry, J., concur.*

DECIDED SEPTEMBER 28, 1938.

*R. C. Whitman,* for plaintiff in error.
*C. S. Baldwin Jr.,* solicitor-general, contra.